NEW YORK CARBONIC ACID GAS COMPANY, Respondent, *v.* THE GEYSERS NATURAL CARBONIC ACID GAS COMPANY, Appellant.

*N. Y. Carbonic Acid Gas Co.* v. *Geysers Natural Carbonic Acid Gas Co.,* 103 App. Div. 598, affirmed.
(Argued March 7, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James W. Verbeck* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ.; CULLEN, Ch. J., and WILLARD BARTLETT, J., vote for modification of the judgment.